UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERICK ALANIZ,

    Plaintiff,

v.                                                                      CASE NO. 3:24-cv-112-HES-LLL

FREEDOM MORTGAGE
CORPORATION, ET AL,

    Defendants.
_____/

## O R D E R

This matter is before this Court on pro se Plaintiff, Erick Alaniz's, Motion to Proceed In Forma Pauperis (Dkt. 2). On April 24, 2024, the assigned United States Magistrate Judge issued a Report and Recommendation (Dkt. 3) recommending this action be dismissed without prejudice because Plaintiff failed to provide a valid basis for this Court's jurisdiction. To date, no objections to the Report have been filed, and the time for doing so has passed. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the Report and Recommendation in full.

Accordingly, it is **ORDERED**:

1. The Report and Recommendation of the Magistrate Judge (Dkt. 3) is **ADOPTED** as the opinion of this Court;

2. Plaintiff's Motion to Proceed in Forma Pauperis (Dkt. 2) is **DENIED**;

3. The case is **DISMISSED without prejudice**; and

4. The Clerk shall terminate any pending motions or deadlines and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of May 2024.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:

Honorable Laura Lothman Lambert
United States Magistrate Judge

Erick Alaniz, *pro se*